IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 12-07559-ESL |
| HECTOR LUIS MALDONADO CANDELARIA | CHAPTER 13 |
| DEBTOR | |
| HECTOR LUIS MALDONADO CANDELARIA | ADVERSARY NO 12-00413 |
| PLAINTIFFS | |
| VS | |
| BANCO BILBAO VIZCAYA ARGENTARIA; ALEJANDRO OLIVERAS RIVERA, ESQ. CHAPTER 13 TRUSTEE DEFENDANTS | |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**I HEREBY CERTIFY,** that on this same date, a copy of the Complaint, Summons and Order Setting Pre-Trial Conference was noticed and sent via certified mail to; Rafael Varela, CEO, President of Banco Bilbao Vizcaya Argentaria, PO Box 364745, San Juan PR 00936-4745, certified mail # 7004 1350 0004 9082 8478; Angel M. Vazquez Bauza, Esq., Counsel for Banco Bilbao Vizcaya Argentaria, PO Box 191017, San Juan, Puerto Rico 00919, certified mail #7004 1350 0004 9082 8485 and to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq., PO Box 9024062, San Juan, Puerto Rico 00902-4062, certified mail #7004 1350 0004 9082 8492 Attached is copy of delivery receipt for each party that was noticed as herein stated.

PAGE -2-
CERTIFICATE OF SERVICE
Case No. 12-07559-ESL

**I Certify** that a copy of this Certificate of Service was sent to Rafael Varela, CEO, President of Banco Bilbao Vizcaya Argentaria; Angel M. Vazquez Bauza, Esq., Counsel for Banco Bilbao Vizcaya Argentaria; Alejandro Oliveras Rivera, Esq. as Chapter 13 Trustee; and to all creditors and parties in interest in the above captioned case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 11th day of December, 2012.

/s/ *Roberto Figueroa-Carrasquillo*
ATTORNEY FOR DEBTOR/PLAINTIFF
USDC 203614
PO BOX 193677
SAN JUAN, PR 00919-3677
TEL NO (787) 744-7699 FAX (787) 746-5294
EMAIL rfigueroa@rfclawpr.com

