# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

115-9-15693

| IN THE MATTER OF: | CASE NO. 12-07559 ESL |
|---|---|
| **HECTOR L MALDONADO CANDELARIA**<br>Debtor | CHAPTER 7 |
| **ORIENTAL BANK**<br>Movant | |
| **HECTOR L MALDONADO CANDELARIA**<br>Respondent/Debtor | |
| **NOREEN WISCOVITCH RENTAS**<br>Trustee | |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

COMES NOW creditor **ORIENTAL BANK ("ORIENTAL")**, as successor of **BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA")**, represented by the undersigned attorneys and very respectfully states and prays:

1. That on August 28th, 2013, appearing party sent by certified mail, return receipt requested, a true and exact copies of the **Amended Motion Requesting Lifting of Automatic Stay for Cause and Notice on Motion for Relief of Stay under 11 USC Sec. 362** to Debtor(s), **HECTOR L MALDONADO CANDELARIA**; at SANTA MARIA MAYOR 75, CALLE 8 APTO. C-4, HUMACAO, PR 00791; to Attorney for debtor, **ROBERTO FIGUEROA CARRASQUILLO, ESQ.**, at PO BOX 193677, SAN JUAN, R 00919-3677; and to Chapter 7 Trustee **NOREEN WISCOVITCH RENTAS, ESQ.**, at PO BOX 20438, WEST PALM BEACH, FL 33416.

Certificate of Service
Case No. 12-07559 ESL

**I HEREBY CERTIFY:** On this same date I electronically filed the foregoing document with the clerk of the Court using the CM/ECF System which will sent notification of such filing to the following: Attorney for Debtor(s), **ROBERTO FIGUEROA CARRASQUILLO, ESQ.**, and to Chapter 7 Trustee, **NOREEN WISCOVITCH RENTAS,** and by ordinary mail to debtor(s), **HECTOR L MALDONADO CANDELARIA**; at SANTA MARIA MAYOR 75, CALLE 8 APTO. C-4, HUMACAO, PR 00791.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29 day of August ,2013.

s/ Angel M. Vázquez Bauzá
**ANGEL M VÁZQUEZ BAUZÁ, ESQ.**
Bar Number: 203308
ENR & Associates
PO Box 191017
San Juan, PR 00919-1017
Tel. (787) 754-1313 Fax. 754-1354
e-mail:avazquez@enrassociates.com

oco

2





**UNITED STATES BANKRUPTCY COURT**
*District of Puerto Rico*

| | |
|---|---|
| In re:<br><br>*HECTOR LUIS MALDONADO CANDELARIA*<br><br>Debtor(s)<br><br>ORIENTAL BANK<br><br>Movant<br><br>HECTOR LUIS MALDONADO CANDELARIA<br><br>NOREEN WISCOVITCH RENTAS<br><br>Respondent(s) | Case No. 12–07559 ESL<br><br>Chapter 7 |

*NOTICE OF MOTION FOR RELIEF FROM STAY UNDER II U.S.C. §362*

To the above named respondent(s), HECTOR LUIS MALDONADO CANDELARIA and NOREEN WISCOVITCH RENTAS:

You are hereby notified that on August 26, 2013 the above named movant (s) filed a Motion Seeking relief from the Automatic Stay under U.S.C. §362

Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be file forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney ANGEL M VAZQUEZ BAUZA whose address is PO BOX 191017, SAN JUAN, PR 00919–1017

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then September 24, 2013 at 09:00 AM at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg.,300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR 00901, is fixed as the time and place for the preliminary and/or final hearing on such motion.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

Local Bankruptcy Rules for the District of Puerto Rico effective July 1, 1988 has established the following procedure for Motions Requesting Lifting of the Automatic Stay

It appearing that pursuant to the provisions of §362 of the Bankruptcy Code, the Court is required to conduct prompt hearing with respect to motion for relief from the automatic stay and it further appearing that it is necessary to enter certain order to permit the Court to conduct the aforesaid prompt hearings, the following procedures shall govern motion filed under 11 U.S.C. §362

1. Service of the Motion and of a Notice to substantially conform with Local Form No 8 shall be made within three (3) days after issuance of the notice

2. The respondent shall file an answer within eleven (11) days after the issuance of the notice

3. The specific date for the preliminary hearing is set forth in the notice.

4. Pursuant to §362 (e) of the Code, the hearing date specified in the notice may be a preliminary hearing or may consolidated with the final hearing, as shall be determined by the Court.

5. Together with any motion requesting relief from the automatic stay, movant shall file with the Court the following supporting exhibits and documents:

   a. True copies of all notes, bonds, mortgages, security agreements, financing agreements, assignments and any other document upon which the movant will rely at the hearing
   b. A detailed report of any appraiser whose testimony is to be presented at the hearing. Said detail report shall include the qualifications of the appraiser, the factual basis for the appraisal, including comparable sales if utilized and the method of appraisal.
   c. A statement of amount due including a breakdown of the following categories:

      1. Unpaid principal
      2. Accrued interest from a specific sate to a specific date
      3. Late charges from a specific date to a specific date
      4. Attorney's fees
      5. Advances for taxes, insurance and the like
      6. Unearned interest
      7. Any other charges
      8. A per diem interest factor

6. Three (3) days prior to the preliminary hearing, the respondent shall file with the Court and deliver to movant or his attorney, if so represented, a detailed report of any appraiser whose testimony is to be presented at the hearing. Said detailed report shall include the qualifications of the appraiser, the factual basis for the appraisal including comparable sales if utilized and the method of appraisal. In addition, he shall also file a copy of any other document that he intends to use at the hearing.

7. If the motion is contested, the attorneys for the parties shall confer with respect to the issues raised by the motion in advance of hearing for the purpose of stipulating to relevant facts as the value of the property, and to the extent and validity of any security instrument.

*******************************************************************************

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served a copy of the within Notice and Motion upon Hector L. Maldonado Candelaria & Noreen Wiscovitch Rentas

on 8/28/13 By: Certified Mail
       (Date of Service)         (Describe Mode of Service)

Executed on 8/28/13
             (Date)                                    SIGNATURE



ATTORNEYS AT LAW

ENRIQUE NASSAR - RIZEK
ANGEL LÓPEZ - HIDALGO
EDDA IVETTE RODRÍGUEZ
JOSE E. NASSAR - VEGLIO
ANGEL M. VÁZQUEZ - BAUZÁ
MAXINE M. BROWN - VÁZQUEZ

POST OFFICE BOX 191017
SAN JUAN, PUERTO RICO
00919-1017

TELEPHONE: (787) 754-1313
TELECOPIER: (787) 754-8760

August 27th, 2013

**CERTIFIED MAIL 7011 2000 0000 4077 9873**

HECTOR L MALDONADO CANDELARIA
SANTA MARIA MAYOR
75 CALLE 8 APTO. C-4
HUMACAO, PR 00791

**RE: ORIENTAL BANK vs. HECTOR L MALDONADO CANDELARIA
B/N: 12-07559 ESL * C/N 9615806922 * O/F 115-9-15693**

Dear Mr. Maldonado:

Pursuant to a General Order dated August 10, 1983, paragraph 6, issued by the U.S. Bankruptcy Court, District of Puerto Rico, you are hereby notified with the following documents for purpose of service of the Motion Requesting Lifting of Automatic Stay, and Notice on Motion for Relief of Stay Under Section 362.

a. Copy of the Motion Requesting Lifting of Automatic Stay for Cause filed on **Case Number 12-07559 ESL; Chapter 7**

b. Copy of the Statement of Account dated **August 22nd, 2013**, and

c. Copy of the Notice on Motion for Relief of Stay under 11 USC Section 362 setting hearing for **September 24th, 2013 at 9:30Am.**

Cordially,

Angel M. Vázquez Bauzá

Enclosures

cc. Roberto Figueroa Carrasquillo, Esq.

oco



**ENR & ASSOCIATES**
ATTORNEYS AT LAW

ENRIQUE NASSAR - RIZEK
ANGEL LÓPEZ - HIDALGO
EDDA IVETTE RODRÍGUEZ
JOSE E. NASSAR - VEGLIO
ANGEL M. VÁZQUEZ - BAUZÁ
MAXINE M. BROWN - VÁZQUEZ

POST OFFICE BOX 191017
SAN JUAN, PUERTO RICO
00919-1017

TELEPHONE: (787) 754-1313
TELECOPIER: (787) 754-8760

August 27th, 2013

**CERTIFIED MAIL 7011 2000 0000 4077 9897**

NOREEN WISCOVITCH RENTAS
PO BOX 20438
WEST PALM BEACH FL 33416

**RE: ORIENTAL BANK vs. HECTOR L MALDONADO CANDELARIA**
    **B/N: 12-07559 ESL * C/N 9615806922 * O/F 115-9-15693**

Dear Collegue:

Pursuant to a General Order dated August 10, 1983, paragraph 6, issued by the U.S. Bankruptcy Court, District of Puerto Rico, you are hereby notified with the following documents for purpose of service of the Motion Requesting Lifting of Automatic Stay, and Notice on Motion for Relief of Stay Under Section 362.

a.  Copy of the Motion Requesting Lifting of Automatic Stay for Cause filed on **Case Number 12-07559 ESL; Chapter 7**

b.  Copy of the Statement of Account dated **August 22nd, 2013**, and

c.  Copy of the Notice on Motion for Relief of Stay under 11 USC Section 362 setting hearing for **September 24th, 2013 at 9:30Am.**

Cordially,

Angel M. Vázquez Bauzá

Enclosures

oco



**ENR & ASSOCIATES**
ATTORNEYS AT LAW

ENRIQUE NASSAR - RIZEK
ANGEL LÓPEZ - HIDALGO
EDDA IVETTE RODRÍGUEZ
JOSE E. NASSAR - VEGLIO
ANGEL M. VÁZQUEZ - BAUZÁ
MAXINE M. BROWN - VÁZQUEZ

POST OFFICE BOX 191017
SAN JUAN, PUERTO RICO
00919-1017

TELEPHONE: (787) 754-1313
TELECOPIER: (787) 754-8760

August 27th, 2013

**CERTIFIED MAIL 7011 2000 0000 4077 9903**

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 193677
SAN JUAN, PR 00919-3677

**RE: ORIENTAL BANK vs. HECTOR L MALDONADO CANDELARIA**
    **B/N: 12-07559 ESL * C/N 9615806922 * O/F 115-9-15693**

Dear counsel:

Pursuant to a General Order dated August 10, 1983, paragraph 6, issued by the U.S. Bankruptcy Court, District of Puerto Rico, you are hereby notified with the following documents for purpose of service of the Motion Requesting Lifting of Automatic Stay, and Notice on Motion for Relief of Stay Under Section 362.

a.  Copy of the Motion Requesting Lifting of Automatic Stay for Cause filed on **Case Number 12-07559 ESL Chapter 7**

b.  Copy of the Statement of Account dated **August 22nd, 2013**, and

c.  Copy of the Notice on Motion for Relief of Stay under 11 USC Section 362 setting hearing for **September 24th, 2013 at 9:30am**.

We would like to suggest any of the following dates and time for said meeting: **September 18th or 19th, 2013, at 5:00 PM**. Kindly confirm on which date and time the meeting will be held.

Cordially,

Angel M. Vázquez Bauzá

Enclosures

oco